IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **8:25CR17** |
| Plaintiff, | |
| v. | **PRELIMINARY ORDER OF FORFEITURE** |
| MICHELLE RENEE HORTON, | |
| Defendant. | |

This matter is before the Court upon the government's Motion for Preliminary Order of Forfeiture (Filing No. 125). The Court has carefully reviewed the record in this case and finds as follows:

1.     On February 20, 2026, defendant Michelle Renee Horton ("Horton") pleaded guilty to Counts I and III of the Indictment (Filing No. 1). Count I of the Indictment charged Horton with conspiracy to distribute 50 grams or more of actual methamphetamine, in violation of 21 United States Code section 846. Count III of the Indictment charged Horton with possession with intent to distribute 50 grams or more of methamphetamine (actual), in violation of 21 United States Code section 841(a)(1) and (b)(1). On the record Horton indicated that she would be forfeiting property to the government as a result of her plea.

2.     The Forfeiture Allegation of the Indictment sought forfeiture, pursuant to 21 U.S.C. § 853, of $7,740 in United States currency seized from the Omaha residence of Emerson Reyes-Andrade and $8,670 in United States currency seized from the Omaha residence of Justino Angel Martinez, as "property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense."

3.     Based on the Horton's guilty plea and admission, Horton forfeits her interest in the $7,740 in United States currency and $8,670 in United States currency and the

government should be entitled to possession of any interest Horton has in the $7,740 in United States currency and $8,670 in United States currency pursuant to 21 U.S.C. § 853.

4.      The government's Motion for Preliminary Order of Forfeiture is granted.

IT IS ORDERED:

1.      The government's Motion for Preliminary Order of Forfeiture (Filing No. 125) is granted.

2.      Based upon the Forfeiture Allegation of the Indictment (Filing No. 1) and Horton's guilty plea and admission, the government is hereby authorized to seize the $7,740 in United States currency and the $8,670 in United States currency.

3.      Horton's interest in the property is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.      The $7,740 in United States currency and the $8,670 in United States currency is to be held by the government in its secure custody and control.

5.      Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Preliminary Order of Forfeiture, notice of publication evidencing the government's intent to dispose of the property, in such manner as the Attorney General may direct, and notice that any person, other than Horton having or claiming a legal interest in the property, must file a Petition with the Court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.      The published notice shall state the Petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $7,740 in United States currency and the $8,670 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title, or interest in the property, and any additional facts supporting the Petitioner's claim and the relief sought.

7.  The government shall, to the extent practicable, provide direct written notice to any person known to have an interest in the property, as a substitute for published notice as to those persons so notified.

8.  Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 9th day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge